# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00849-CV

## In re Walter Lee Hall, Jr.

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed an emergency motion for temporary relief and a petition for writ of mandamus. *See* Tex. R. App. P. 52.8, 52.10. We deny both the motion for temporary relief and the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Filed:   December 29, 2011